JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIFANIO TAPIAS,<br>Plaintiff,<br>v.<br>SAFETYPARK CORPORATION, et al.,<br>Defendants. | CV 26-7115 PA (PDx)<br>JUDGMENT |

Pursuant to the Court's October 20, 2026 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 20, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE